# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

BETTY LEE JENKINS,                               Civil No. 23-3253 (JRT/TNL)

        Plaintiff,

v.                                               **REPORT AND RECOMMENDATION**

UNITED STATES OF AMERICA, et al.,

        Defendants.

---

Betty Lee Jenkins, Arva, Ontario, Canada, *pro se* plaintiff.

Ana H. Voss, Emily M. Peterson, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE**, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415, for defendants.

United States Magistrate Judge Tony N. Leung filed a Report and Recommendation on 01/31/2025. No objections were filed by the 2/14/2025 deadline.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (ECF No. 23) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: February 18, 2025                        _____s/John R. Tunheim_____
at Minneapolis, Minnesota.                              JOHN R. TUNHEIM
                                                                   United States District Judge